# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **LEE DANIEL HATCHER** | **CIVIL ACTION NO. 2:22-CV-2881** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMAZON.COM SALES, INC., ET AL** | **MAGISTRATE JUDGE KAY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 25] previously filed herein, and having thoroughly reviewed the record, noting the absence of any objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 6] is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is remanded to the 36th Judicial District Court for the Parish of Beauregard from whence it came.

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this the 26th day of June 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE